Richard W. Pierce
Law Office of Richard W. Pierce
P.O. Box 503514
Saipan, MP 96950-3514
Telephone:   (670) 235-3425
Facsimile:    (670) 235-3427

Attorney for Defendant for La Mode, Inc.

F I L E D
Clerk
District Court

JUL 2 7 2005

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AN, YU HUA, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LA MODE, INC., GOLF APPAREL BRANDS, INC., EDWARD KAHN aka EDDIE KAHN, AND BARRY KAHN,<br><br>    Defendants. | Civil Action No. 05-0021<br><br>**NOTICE OF FILING PETITION FOR RELIEF UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. § 101, ET. SEQ., AND AUTOMATIC STAY**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that on July 25, 2005, La Mode, Inc. (the "Debtor"), defendant in the above-entitled action, filed a voluntary petition under Chapter 7 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). The Debtor's case was assigned Bankruptcy Case No. LA 05-26740-TA. A true and correct copy of the face page of the petition is attached hereto as Exhibit "1" and is incorporated herein by this reference.

The Chapter 7 case has been assigned to the Honorable Theodor C. Albert, United States Bankruptcy Judge. Your attention is directed to 11 U.S.C. § 362, which provides for an automatic stay against:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the case under Title 11; or to recover a claim against the Debtor that arose before the commencement of the case under the Bankruptcy Code;

(2) the enforcement, against the Debtor or against property of the Debtor's estate, of a judgment obtained before the commencement of the case under the Bankruptcy Code;

(3) any act to obtain possession of property of the Debtor's estate or of property from the estate, or to exercise dominion or control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under Title 11;

(6) any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under Title 11;

(7) the setoff of any debt owing to the Debtor that arose before the commencement of the case under Title 11 against any claim against the Debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor.

The automatic injunction granted by § 362(a) will remain in effect until the bankruptcy case is dismissed or closed or until such earlier times as set forth in Bankruptcy Code §§ 362(c), (d), (e) and (f).

Levene, Neale, Bender, Rankin & Brill L.L.P. is the Debtor's counsel of record in the bankruptcy case, and is filing this Notice for information purposes only. The filing of this Notice is not to be construed or deemed to be an appearance by Levene, Neale, Bender, Rankin & Brill L.L.P. as counsel of record for any party to the instant action.

**NOTICE IS HEREBY GIVEN** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay. In addition, the Bankruptcy Court may award damages to compensate the Debtor for actual loss suffered arising out of a violation of the automatic stay. See In re Computer Communications, Inc., 824 F.2d 725, 731 (9th Cir. 1987).

Dated: July 27, 2005                Law Office of Richard W. Pierce

                                    _____
                                    Richard W. Pierce
                                    Attorneys for Defendant
                                    La Mode, Inc.

3

Form B1 (Official Form) - (Rev. 12/03)                                                                 2003 USBC, Central District of California

| FORM B1 | United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LA MODE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>95-3159746 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**13301 South Main Street**<br>**Los Angeles, CA 90061** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Los Angeles** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor  **Aslito Road**<br>(if different from street address above):   **PMB 108, P.O. Box 96950**<br>                                                                            **Saipan, MP 96950** | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 -C ase ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business      ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 m |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 mi |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

07/25/2005   **FILED**   15:50
**LA05-26740TA**
DEBTOR:
LA MODE INC
JUDGE: HON. T. Albert - 682
TRUSTEE: BT31   CH: 07 (COMPLETE)
341A MTG: 09/01/2005   08:00   F08
ADR: 725 S. Figueroa St., #101   L.A.

--------------------------------------------------------
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 733
RECEIPT NO: LA-023284   $ 209.00

Form B1 (Official Form 1) Page Two - (Rev. 12/03)          2003 USBC, Central District of California

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **LA MODE, INC.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone and Fax Number (If not represented by attorney)

_____
Date

X _/s/ David W. Levene_____
Signature of Attorney for Debtor(s)
**David W. Levene 59659**
Printed Name of Attorney for Debtor(s)
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
Firm Name
**1801 Avenue of the Stars**
**Suite 1120**
**Los Angeles, CA 90067**
Address
**(310) 229-1234  Fax: (310) 229-1244**
Telephone and Fax Number
_7/25/05_      59659
Date      Bar Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Edward Jay Kahn**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
_6/30/2005_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.