```
 1  Richard W. Pierce
    P.O. Box 503514
 2  Saipan, MP 96950-3514
    Telephone:  (670) 235-3425
 3  Facsimile:   (670) 235-3427
    Attorney for Defendant La Mode, Inc.
 4
```

FILED
Clerk
District Court

JUL 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AN, YU HUA, ET AL., )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>LA MODE, ET AL., )<br>)<br>    Defendants. )<br>_____) | Case No. CV 05-0021<br><br>CERTIFICATE OF SERVICE |

   I, Maria Rita A. Maravilla, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP  96950. I hereby certify that I caused true and correct copies of La Mode's

**NOTICE OF FILING PETITION FOR RELIEF UNDER CHAPTER 7 OF
THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. § 101, ET. SEQ.,
AND AUTOMATIC STAY**

to be served upon the following person on July 27, 2005, by:

    /_/    delivering a copy to:

    /X/    faxing a copy to:

    /X/    depositing a copy in the United States Mail, first-class postage prepaid, addressed to:

1  Joe Hill
   Hill Law Offices
2  P.O. Box 500917
   Saipan, MP 96950-0917
3

4  Dated: July 27, 2005

5                                    _____
                                     Maria Rita A. Maravilla
6

-2-